No. D–1789. In re Disbarment of Denker. Aaron David Denker, of Mt. Laurel, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–32. Billy-Eko v. United States. Motion for reconsideration of order denying motion to direct the Clerk to file petition for writ of certiorari out of time [519 U. S. 991] denied.

No. M–63. Pringle v. Davis et al.; and
No. M–64. Milnes v. Fletcher Pacific Construction Co. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–511. Reno, Attorney General of the United States, et al. v. American Civil Liberties Union et al. D. C. E. D. Pa. [Probable jurisdiction noted, 519 U. S. 1025.] Motion of James J. Clancy for leave to file a brief as amicus curiae granted.

No. 96–651. Gilbert, President, East Stroudsburg University, et al. v. Homar. C. A. 3d Cir. [Certiorari granted, 519 U. S. 1052.] Motion of National Treasury Employees Union for leave to participate in oral argument as amicus curiae and for divided argument granted to be divided as follows: respondent, 20 minutes; National Treasury Employees Union, 10 minutes.

No. 96–1037. Kiowa Tribe of Oklahoma v. Manufacturing Technologies, Inc. Ct. Civ. App. Okla.;
No. 96–1059. Sycuan Band of Mission Indians et al. v. Wilson, Governor of California, et al. C. A. 9th Cir.; and
No. 96–1102. South Carolina et al. v. Environmental Technology Council. C. A. 4th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 96–1330. Black v. United States. C. A. 7th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.